1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:08-CR-017 JCM (GWF) |
|---|---|
| Plaintiff, | |
| v. | |
| LOUIS MANINO, | |
| Defendant. | |

**ORDER**

Presently before the court is the United States of America's motion to dismiss case due to completion of pre-trial diversion. (Doc. #65). Defendant Louis Manino filed a notice of non-opposition. (Doc. #66).

The United States requests that the court dismiss the above-captioned case because defendant has successfully completed the terms of his pre-trial diversion. (Doc. #65). The United States attached a letter from pre-trial services officer Terry Wheaton, which certifies that defendant has completed the terms of his pre-trial diversion. (Doc. #65, Ex. A).

Good cause appearing,

. .

. . .

. . .

. . .

. . .

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's motion to dismiss case due to completion of pre-trial diversion (doc. #65) be, and the same hereby is, GRANTED.

DATED April 13, 2012.

_____
UNITED STATES DISTRICT JUDGE